NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DR. REDDY'S LABORATORIES, INC.,**

*Appellant*

v.

**GENENTECH, INC., HOFFMAN-LA ROCHE AG, ABBVIE INC.,**

*Appellees*

---

2024-1978

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00052.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          DR. REDDY'S LABORATORIES, INC. v. GENENTECH, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

December 17, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 17, 2024